UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-77 (DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER GRANTING |
| Plaintiff, | ) GOVERNMENT'S PETITION TO |
| | ) SEAL DOCUMENTS |
| v. | ) |
| | ) |
| KIRUBELE ADBEBE | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on the Government's Petition to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The Government's petition to seal documents is **GRANTED**;

2. All documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Richard Berger in support thereof, and the Government's Petition to Seal, shall remain sealed until July 26, 2026, or a later date if so granted by a further Order of this Court.

Dated: 1-26-26

DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA