UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No.  26-mj-00077 (SRN/ECW) |
| Plaintiff, | |
| v. | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Kirubele Adbebe, | |
| Defendant. | |

Defendant Kirubele Adbebe has filed Exhibits A, B, C, E, and F to his Motion for an Order to Show Cause and Motion for Rule 16 Discovery, a Protective Order, and an Evidentiary Hearing because the entire document is confidential, or redaction is impracticable because, for example, public disclosure of the contents is harmful to the individuals involved, it would be contrary to the spirit and purpose of the Motion itself, and it could have a chilling effect on witnesses' willingness to testify.

Dated:  March 11, 2026

*s/ Christopher J. Markuson*
Manda M. Sertich (#0504328)
Christopher J. Markuson (#0504387)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000
msertich@fredlaw.com
cmarkuson@fredlaw.com

***Attorneys for Defendant Adbebe***