UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-mj-00077 (SRN/ECW) |
| Plaintiff, | |
| v. | **DEFENDANT'S PRETRIAL MOTION FOR DISCLOSURE OF GRAND JURY MINUTES AND TRANSCRIPT** |
| Kirubele Adbebe, | |
| Defendant. | |

Kirubele Adbebe, through his attorney, Manda M. Sertich, of Fredrickson & Byron, P.A., 60 South Sixth Street, Minneapolis, MN 55402, moves this Court to enter an Order directing the Government to disclose the minutes and transcripts of any grand jury proceedings involved in this matter on the grounds that:

1. It is not clear whether there was any grand jury activity with respect to the above captioned matter, and the charging process proceeded in an unusual fashion;

2. If there was any grand jury activity, the transcript is necessary to reveal whether grounds exist to support a motion to dismiss the Complaint due to procedural issues occurring within and/or relating to the grand jury proceedings; and

3. The evidence presented therein is essential for the purposes of impeaching the witnesses, refreshing witness recollection, and assessing witness credibility.

This Motion is based upon the files and records in this case, the Complaint, the Federal Statutes, the Federal Rules of Criminal Procedure, the United States Constitution,

and upon such other and further points and authorities as may subsequently be presented to the Court.

Respectfully submitted,

Dated: March 11, 2026

/s/ *Manda M. Sertich*
Manda M. Sertich (#0504328)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-4400
Minneapolis, MN  55402-4400
612.492.7000
msertich@fredlaw.com

***Attorney for Defendant***

2