**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Court File No. 26-MJ-77 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| **KIRUBELE ADBEBE,** | |
| Defendant. | |

Robert Tucker, III, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Manda Sertich, FREDRIKSON & BYRON, 60 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for Defendant.

This matter comes before the Court upon Defendant's Motion to Dismiss (Doc. No. 54), and the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 3, 2026. (Doc. No. 64.)  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. No. 64) is **ADOPTED**; and

2. Defendant's Motion to Dismiss (Doc. No. 54) is **GRANTED in part** and **DENIED in part**, and this matter is **DISMISSED** with prejudice.

Dated: Tuesday, June 23, 2026                    s/ Susan Richard Nelson
                                                  Susan Richard Nelson
                                                  United States District Judge