UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Kirubele Adbebe,

Defendant.

Court File No. 26-mj-00077 (SRN/ECW)

**DEFENDANT'S MOTION TO CORRECT CLERICAL ERROR**

Defendant Kirubele Adbebe, through undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 36 to correct a clerical error in its June 23, 2026 Order (Doc. No. 65). In support, Defendant states as follows:

1. On April 15, 2026, the Government filed a Motion seeking to dismiss its case against Defendant without prejudice. (Doc. No. 54.)

2. On April 17, 2026, Defendant responded to the Government's Motion, arguing that should the case be dismissed pursuant to the Government's Motion, that it be dismissed with prejudice. (Doc. No. 58.)

3. On June 3, 2026, Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation recommending that the Government's Motion to Dismiss be granted in part and denied in part and that the matter be dismissed with prejudice. (Doc. No. 64.)

4. On June 23, 2026, this Court adopted the Report and Recommendation. (Doc. No. 65.) However, the Order referred to "*Defendant's* Motion to Dismiss" when partially granting the motion and adopting the Report and Recommendation. (*Id.* (emphasis added).)

Accordingly, Defendant respectfully requests that the Court correct the Order pursuant to Rule 36, to reflect that the Order partially grants the Government's Motion to Dismiss, and not any motion made by Defendant. This requested correction would not alter the Court's substantive analysis or the disposition of any claim.

Dated: August 19, 2026

*s/ Manda M. Sertich*
Manda M. Sertich (#0504328)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400
612.492.7000
msertich@fredlaw.com

***Attorney for Defendant***